In re WEISELL. (Supreme Court, Appellate Division, First Department. December 21, 1906.) In the matter of William Weisell, deceased. H. White, for appellant. J. M. Proskauer, for respondent. No opinion. Order af-

firmed, with $10 costs and disbursements. Order filed.